No. —, original.   Ex parte Harmon Metz Waley;
No. —, original.   Ex parte E. R. Lindsey;
No. —, original.   Ex parte J. R. Palmer.   January 2, 1940.   The motions for leave to file petitions for writs of habeas corpus are denied.

No. —.   Poresky v. Ely.   January 2, 1940.   Motion for a reconsideration of the application herein denied.

No. 598.   Philadelphia-Detroit Lines, Inc., v. United States et al.

January 8, 1940.   *Per Curiam:* The judgment is affirmed. *Hoey* v. *United States, ante,* p. 510; *Louisville & Nashville R. Co.* v. *Sloss-Sheffield Co.,* 295 F. 53, 56, affirmed 269 U. S. 217; *Spiller* v. *Atchison, T. & S. F. Ry. Co.,* 253 U. S. 117, 126.   *Messrs. Dan R. Schwartz, Edward S. Brashears, Leo P. Kitchen,* and *Albert F. Beasley* for appellant.   No appearance for appellees.

No. —, original.   Ex parte George H. Gibson.   January 8, 1940.   Motion for leave to file petition for writ of habeas corpus denied.

No. —.   In the matter of Loveland.   January 8, 1940.   French B. Loveland, a member of the Bar of this Court, having made return in response to the rule to show cause issued on December 4, 1939, and the costs therein mentioned having been paid, the said rule, in view of the explanation submitted in said return, is discharged.